

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the matter of the Guardianship of
Stacy James Browning,

\* From the 132nd District Court
  of Scurry County,
  Trial Court No. 26683

No. 11-20-00044-CV

\* February 28, 2022

\* Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Creekside Rural Investments, Inc., Manor Ranches, LTD., and Jay Dickens.